

FILED
8:32 pm, 1/8/09
Stephan Harris
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TOMMIE C. DRAPER,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK HILLS CORPORATION, a South Dakota corporation, CHEYENNE LIGHT, FUEL & POWER, a Wyoming Corporation, WAYNE ALAN DIXON, TED MASSEY, STUART WEVIK, JAMES M. MATTERN, KEVIN HAHN and JOHN DOES 1-8,<br><br>    Defendants. | Civil Action No. 08 CV 006 D |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before this Court upon the Stipulation for Dismissal with Prejudice filed by Plaintiff Tommie C. Draper and Defendants Black Hills Corporation, Cheyenne Light, Fuel & Power, Ted Massey, Stuart Wevik and James M. Mattern, the Court hereby orders that Plaintiff's suit, action and claims against all Defendants shall be dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

DATED the 8th day of January 200 9 .

_William F. Downes_
The Honorable William F. Downes, Chief Judge
United States District Court
District of Wyoming